IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAMERON ANDERSON,<br><br>              Plaintiff,<br><br>v.<br><br>ERIC J. HOUSTON, Deputy Sheriff; BARRY L. HUNTINGTON; SEAN D. REYES, Attorney General; MARIAN DECKER, Assistant Attorney General; GARFIELD COUNTY, and STATE OF UTAH<br><br>              Defendants. | **MEMORANDUM DECISION & ORDER GRANTING PLAINTIFF'S MOTION IN PART AND DENYING IN PART**<br><br>Case No. 2:16-cv-00924<br><br>Judge Clark Waddoups |

On March 29, 2018, Mr. Anderson emailed chambers a "Motion for Extension of Time to File a Response to Magistrate Judge Evelyn J. Furse's Report and Recommendation." This Motion was entered on March 30, 2018. (ECF 14.) In this Motion, Mr. Anderson appears to make makes three requests. First, he appears to request an extension of time to file written objections to Judge Furse's Report and Recommendation. Second, appears to request an extension of time to file a memorandum opposing the Defendants' Motion to Dismiss (ECF No. 10.) Third, he requests "the appointment of counsel . . . to assist with . . . [the] proper entry of motions . . . ."(ECF No. 14 at 2.) The court addresses each of Mr. Anderson's requests in turn.

In the interest of justice, the court GRANTS Mr. Anderson's motion for an extension of time to file written objections to the Report and Recommendation. Mr. Anderson may file a written objection to the Report and Recommendation on or before April, 9, 2018. The court DENIES any request for an extension of time to file a memorandum opposing the Defendants' Motion to Dismiss. The court also DENIES Mr. Anderson's request for "the appointment of counsel." (ECF No. 14 at 2.) Mr. Anderson, "as a civil litigant, has no Sixth Amendment right to counsel." *Johnson v. Johnson*, 466 F.3d 1213, 1217 (10th Cir. 2006).

DATED this 2nd day of April, 2018.

BY THE COURT:

_____

Clark Waddoups
United States District Judge